# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 353 WAL 2018

           Respondent                 :

                                   :   Petition for Allowance of Appeal from

                                   :   the Order of the Superior Court

           v.                      :

                                   :

DARNELL HOWELL,                 :

                                   :

           Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.